UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | Civil Action 3:11-cv-334 |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| ACCESS SERVICES, INC., | ) ) | |
| Defendant. | ) ) | |

## JUDGMENT

This action came before the Clerk on motion by the Plaintiff pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure, seeking a default judgment for not appearing against Defendant on behalf of Luis Rodriguez. The issues have been considered and a decision has been rendered.

**IT IS ORDERED, ADJUDGED AND DECREED** that the Clerk enters a judgment against Defendant in favor of Luis Rodriguez in the sum certain amount of one thousand four hundred and ninety five dollars ($1,495) plus interest from the time of the award.

Signed: November 23, 2011

Frank G. Johns, Clerk
United States District Court